UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
UNITED STATES OF AMERICA

        vs.                        Case No.   1:10-CR-583

IANI S. TASSEV,

                **Defendant.**
-----------------------------------------------------------

**RANDOLPH F. TREECE**
U.S. Magistrate Judge


## ORDER OF DETENTION PENDING TRIAL

     In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact

__X__   (1) There is probable cause to believe that the defendant has committed an offense.

    __x__ a. for which a maximum term of imprisonment of ten years or more
         is prescribed in 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A).
    __ b. under  8 U.S.C. § 1326(a) & (b)(2)

___   (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

__x__  (3) There is a serious risk that the defendant will not appear.

___   (4) There is a serious risk that the defendant will endanger the safety of

another person or the community.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information at the hearing establishes by a preponderance of the evidence that the Defendant waives his right to a detention/bail hearing but reserves his right to make a future application for bail when there is a change in circumstances.

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**The Clerk is directed to serve this Order on the United States Attorney and counsel for the named defendant only.**

IT IS SO ORDERED.

DATED:   January 6, 2011
         Albany, New York

_____
RANDOLPH F. TREECE
United States Magistrate Judge