# United States District Court
## NORTHERN DISTRICT NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

                                    **APPEARANCE**

          *v.*

                                    **CASE NUMBERS: 10-CR-583 (GLS)**

**IANI S. TASSEV,**

                    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    *Enter my appearance as co-counsel for the criminal forfeiture aspect in the above-captioned case for the United States.*

    *I certify that I am admitted to practice in this Court.*

Dated:  January 28, 2011

                                                            Richard S. Hartunian
                                                            United States Attorney

                                    By:

                                                             s/
                                                            Thomas A. Capezza
                                                            Assistant U.S. Attorney
                                                           Bar Roll No.503159
                                                          U.S. Attorney's Office
                                                          218 James T. Foley Courthouse
                                                          445 Broadway
                                                          Albany, New York 12207
                                                          Telephone: (518) 431-0247