IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 10-CR-583 |
| v. | |
| | (Hon. Gary L. Sharpe) |
| IANI S. TASSEV, | |
| | STIPULATION AND ORDER |
| Defendant. | FOR CONTINUANCE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Gaspar M. Castillo, Esq., the attorney for Iani S. Tassev, having moved for a continuance of 90 days within which the parties may complete discovery, file motions and prepare for trial in the above-captioned action and Richard S. Hartunian, United States Attorney for the Northern District of New York (Daniel Hanlon, Assistant U.S. Attorney, appearing) having consented to the continuance and proposed the exclusion of the additional 90 day period of continuance under the Speedy Trial Act, the parties hereby stipulate and agree as follows:

1. The prior proceedings in this case occurred as follows:

    a. Date of initial appearance or arraignment: January 6, 2011

    b. Date of indictment: December 8, 2010

    c. Defendant custody status: Detained

        i. Date United States moved for detention: January 6, 2011

        ii. Date of detention hearing: January 6, 2011

        iii. Date detention decision issued: January 6, 2011

2. The Court previously ordered the following exclusions under the Speedy Trial Act:

    a. Not applicable

3. Iani S. Tassev has requested the continuance based on the following facts and circumstances:

    a. The requested continuance allows for the reasonable time necessary for effective preparation by counsel to review the evidence. The continuance requested also allows for the reasonable time necessary for counsel to pursue the negotiation of a disposition of the charges against the defendants, or in the alternative, to file motions.

4. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial because;

    a. The requested continuance allows for the reasonable time necessary for effective preparation by counsel to review the evidence. The continuance requested also allows for the reasonable time necessary for counsel to pursue the negotiation of a disposition of the charges against the defendants, or in the alternative, to file motions.

5. The parties stipulate and agree that a period of 90 days beginning on and including the date on which the Court signs the requested order shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

     The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

                        Richard S. Hartunian
                        United States Attorney

By:      *[signature]*
        Daniel Hanlon
        Assistant U.S. Attorney
        Bar Roll No. 514103

        *[signature]*
        Gaspar M. Castillo, Esq.
        Attorney for Iani S. Tassev
        Bar Roll No. 101316

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 10-CR-583 |
| v. | (Hon. Gary L. Sharpe) |
| IANI S. TASSEV, | STIPULATION AND ORDER |
| Defendant. | FOR CONTINUANCE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

A. The Court incorporates into this Order the stipulated facts set forth above and hereby adopts them as findings.

B. The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether a continuance serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial because:

1. this delay is necessary in order to allow the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

BASED ON THE STIPULATED FACTS AND THE COURT'S RELATED FINDINGS IT IS HEREBY ORDERED:

A. A period of 90 days, beginning on and including the date of this Order shall be [to May 31, 2011] excludable in computing time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) in order to give the parties the reasonable time necessary for effective preparation.

B. The deadline for the completion of discovery by the United States (otherwise due within 14 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended ~~by 90 days~~ to __April 6, 2011__. The deadline for the completion of reciprocal discovery by the Defendant(s) (otherwise due within 21 days of arraignment pursuant to the terms of the Local Rules of Criminal Procedure and the Criminal Pretrial Order) will be extended ~~by 90 days~~ to __April 20, 2011__.

C. Any pretrial motions in this case shall be filed on or before __May 4, 2011__ and shall be made returnable on __the Court's next available motion return date__.

D. The trial in this matter shall begin on __June 6, 2011 @ 9:30 a.m.__ before United States District Judge <u>Gary L. Sharpe</u> in __Albany__, New York or, in the alternative, a change of plea shall be entered on or before __June 2, 2011__.

_____   Date: __March 2, 2011__
~~Hon. Gary L. Sharpe~~
United States District Judge

5